UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:23-cr-104

vs.

BILLY RAY DANIEL,                      District Judge Michael J. Newman

    Defendant.

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER UNDER FED. R. CRIM. P. 16.1; (2) REQUIRING THE PARTIES TO FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE; AND (3) REQUIRING THE PARTIES TO FILE A JOINT PROPOSED SCHEDULING ORDER**

This criminal case is before the Court following Defendant's indictment on **November 14, 2023**. Within 14 days of **November 14, 2023**, and pursuant to the Court's Standing Order Governing Criminal Cases (eff. Nov. 1, 2022), the parties shall meet and confer "and try to agree on a timetable and procedures for pretrial disclosure under Rule 16."  Fed. R. Crim. P. 16.1(a). The parties must file (1) a Notice identifying the Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a date for the final pretrial conference, and a trial date.

A form Notice and Proposed Scheduling Order is attached hereto.

**IT IS SO ORDERED.**

November 16, 2023                                  s/Michael J. Newman
                                                        Hon. Michael J. Newman
                                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

─────, *et al.*,

    Defendants.

Case No. 3:Choose an item.

District Judge Michael J. Newman

---

**NOTICE AND PROPOSED SCHEDULING ORDER**

---

    Pursuant to the Court's Standing Order Governing Criminal Cases (eff. Nov. 1, 2022), the parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 report that the present Speedy Trial Act deadline in this case is Click or tap to enter a date.  The parties propose the following scheduling order:

| | |
|---|---|
| Discovery deadline: | **Click or tap to enter a date.** |
| Motion filing deadline: | Click or tap to enter a date. |
| Final pretrial conference: | Click or tap to enter a date. at **Choose an item.** |
| Jury trial: | Click or tap to enter a date. at Choose an item. |

_____   _____
Counsel for Defendant        Counsel for the Government