UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:23-cr-104

vs.

BILLY RAY DANIEL,                    District Judge Michael J. Newman

    Defendant.

**ORDER APPOINTING ATTORNEY JAMES FLEISHER TO REPRESENT DEFENDANT IN THIS CASE**

       The Court **APPOINTS** attorney James Fleisher of the CJA Panel for the Southern District of Ohio to represent Defendant Billy Ray Daniel in this case pursuant to 18 U.S.C. § 3006A.

    **IT IS SO ORDERED.**

  April 26, 2023                                s/*Michael J. Newman*
                                                    Hon. Michael J. Newman
                                                    United States District Judge