UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:23-cr-104

vs.

BILLY RAY DANIEL,                        District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION FOR A STATUS CONFERENCE TO SET A TRIAL CALENDAR (Doc. No. 66); (2) GRANTING THE PARTIES' JOINT, UNOPPOSED ORAL MOTION TO CONTINUE THE CASE; (3) TOLLING THE SPEEDY TRIAL ACT DEADLINE FOR 90 DAYS; (4) EXCLUDING THE TIME FROM JANUARY 15, 2026 TO APRIL 15, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (5) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS MAY 19, 2026; AND (6) SETTING A TELEPHONE STATUS CONFERENCE, FOR THE PURPOSE OF SCHEDULING A TRIAL DATE, ON APRIL 13, 2026 AT 2:00 P.M.**

---

Upon the Government's motion for a status conference, the Court held, on January 15, 2026, a telephone status conference with the parties for the purpose of setting a trial calendar. *See* Doc. No. 66. AUSAs George Painter and Christina Mahy appeared on behalf of the Government and attorney Christopher Fogt appeared on behalf of Defendant. During the status conference, the parties made a joint, unopposed oral motion to continue the case for 90 days. For the reasons discussed during the January 15th status conference, for good cause shown, and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the parties' joint, unopposed oral motion and **TOLLS** the Speedy Trial Act deadline for 90 days.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such

continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to continue would deny both the Government and Defendant the time necessary for effective trial preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from January 15, 2026 until April 15, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **May 19, 2026**.[1] The Court **SETS** a telephone conference on **April 13, 2026 at 2:00 P.M.** before Judge Newman for the purpose of scheduling a trial date.

To join the Zoom teleconference, counsel and participants shall call 1-646-828-7666. Three steps are then needed to log into the Zoom teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #. If you have any difficulties joining the teleconference, please call Chambers at 937-512-1640.

**IT IS SO ORDERED.**

January 21, 2026                                s/*Michael J. Newman*
                                                Hon. Michael J. Newman
                                                United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.